MEMORANDUM OPINION




No. 04-07-00232-CV



Les MENDELSOHN and Sylvia Mendelsohn,


Appellants



v.



SELECT PORTFOLIO SERVICING, INC. and 


The Bank of New York, Individually and as Trustee,


Appellees



From the 131st Judicial District Court, Bexar County, Texas


Trial Court No. 2005-CI-19641


Honorable Michael P. Peden, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Karen Angelini, Justice


Delivered and Filed: May 23, 2007


DISMISSED

 Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellees, and appellees have not opposed the motion. Therefore, we grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against appellants.

 PER CURIAM